UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MARK DRAUGHN,

      Plaintiff,                      Case No. 2:24-cv-12918

v.

                                        Hon. Brandy R. McMillion
OPTALIS HEALTHCARE CORP, et al.,    United States District Judge

      Defendants.
_____/

**<u>ORDER ADOPTING RECOMMENDED DISPOSITION OF
REPORT AND RECOMMENDATION (ECF NO. 26)
AND DISMISSING CASE WITHOUT PREJUDICE</u>**

Plaintiff Ronald Mark Draughn ("Draughn") filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendants Optalis Healthcare Corporation and several members of its management team, Chief Executive Officer Raj Patel, Regional Directors of Operations Joe Ermiger and Galina Petlakh, and Administrator Peter Troyan, alleging violations of his federally protected rights under the Federal Nursing Home Reform Act, 42 U.S.C. § 1395i-3, and the Omnibus Budget Reconciliation Act of 1987, 42 C.F.R. § 483. *See generally* ECF No. 1.

This matter was referred to Magistrate Judge Anthony P. Patti for all pretrial matters. ECF No. 13. On January 13, 2026, Magistrate Judge Patti issued a Report and Recommendation ("R&R") recommending that the Court dismiss this action

1

because it had been notified by defense counsel that Draughn had passed away. *See generally* ECF No. 26. The Court verified this information through public record searches, locating the obituary of Ronald Mark Draughn, on the website of James H. Cole Funeral Homes. *See* ECF No. 26, PageID.144 (citing https://obits.jameshcole.com/ronald-draughn) (last visited January 12, 2026).

Given that more than 14 days have passed since issuance of the R&R, and nothing further has been filed in this matter, the Court will adopt the recommended disposition of the R&R and dismiss this action without prejudice, to be refiled by Draughn's Estate, if appropriate.

\* \* \*

Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of dismissal is **ADOPTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

*This is a Final Order that closes the case.*

**IT IS SO ORDERED.**

Dated: January 28, 2026         s/Brandy R. McMillion
    Detroit, Michigan        HON. BRANDY R. MCMILLION
                                               United States District Judge